John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 818686

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-90285 | 004-0 | DONALD W MAY<br>Original Check written to:<br>FIRST NATIONAL BANK<br>P O BOX 671<br>LIVINGSTON, TX  77351 | xx8784 | 0.00 | 79.00 | 0.00 | 79.00 |
| 05-90285 | 005-0 | DONALD W MAY<br>Original Check written to:<br>FIRST NATIONAL BANK<br>P O BOX 671<br>LIVINGSTON, TX  77351 | xx2777 | 0.00 | 23.05 | 0.00 | 23.05 |
| 05-90555 | 014-0 | MICHAEL DWAYNE JOHNSON<br>Original Check written to:<br>POLK COUNTY TAC<br>416 N WASHINGTON<br>LIVINGSTON, TX  77351 | xxxxxxxxxxxxxxxxxxxxx / C | 0.00 | 179.24 | 0.00 | 179.24 |
| 05-90737 | 006-0 | GORDON PAUL COX<br>Original Check written to:<br>INTERNAL REVENUE SERVICE<br>P O BOX 21125<br>PHILADELPHIA, PA  19114- | xxxxxxxxxxxxx004} | 0.00 | 41.14 | 0.00 | 41.14 |
| 05-90737 | 001-0 | GORDON PAUL COX<br>Original Check written to:<br>CHASE AUTO FINANCE<br>P O BOX 901032<br>FORT WORTH, TX  76101-2032 | xxxxxxxxxxxxxxxx8778 | 0.00 | 44.02 | 0.00 | 44.02 |
| 09-90010 | 002-0 | ORA FAY STARLING<br>Original Check written to:<br>AMERICAN GENERAL FINANCE<br>3009 S JOHN REDDITT STE C<br>LUFKIN, TX  75904- | 6007 | 1,014.04 | 32.20 | 74.48 | 106.68 |